Carson Carlton **PICKLESIMER**, Plaintiff-Appellant,

v.

Lamont **SMITH**, Warden, Georgia State Prison, Defendant-Appellee.

No. 26445.

United States Court of Appeals
Fifth Circuit.

Dec. 12, 1968.

———◆———

Carson Carlton Picklesimer, pro se.

Arthur K. Bolton, Atty. Gen., Mathew Robins, Asst. Atty. Gen., Atlanta, Ga., for defendant-appellee.

Before DYER and SIMPSON, Circuit Judges, and CABOT, District Judge.

PER CURIAM:

The record shows that the appellant has not exhausted his state remedies under the new Habeas Corpus Act, Georgia Code § 50–127,[1] in accordance with the provisions of 28 U.S.C. § 2254. Therefore the judgment of the District Court is affirmed. Peters v. Rutledge, 5 Cir. 1968, 397 F.2d 731; Henderson v. Dutton, 5 Cir. 1968, 397 F.2d 375; Rearden v. Smith, 5 Cir. 1968, 403 F.2d 723 [November 14, 1968].

Affirmed.

was July 1, 1967, so that the remedy was available long before the District Court denied the petition.